
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA HUTCHINSON,

    Plaintiff,

v.

    Case No. 10-cv-12367

    Paul D. Borman
    United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,

    R. Steven Whalen
    United States Magistrate Judge

    Defendant.

_____/

**OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 15), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 10), and (3) DISMISSING THE CASE**

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation. (Dkt. No. 17.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Defendant Commissioner of Social Security's Motion for Summary Judgment, **DENIES** Plaintiff Victoria Hutchinson's Motion for Summary Judgment, and **DISMISSES** the case.

**IT IS SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 8-24-11